Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern** District of **California**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  **Mayacamas Holdings LLC**

2. **All other names debtor used in the last 8 years**  **None.**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  **8 4 – 1 7 1 3 3 2 6**

4. **Debtor's address**

   **Principal place of business**

   **901 Battery Street**
   Number    Street
   **Suite 220**
   _____
   **San Francisco**    **CA**    **94111**
   City            State    ZIP Code

   **San Francisco**
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street
   _____
   P.O. Box
   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street
   _____
   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  **http://mayacamasranch.com/**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Mayacamas Holdings LLC**　　　　　　　　Case number (*if known*)＿＿＿＿＿＿＿＿＿＿
　　　　　Name

7. **Describe debtor's business**

    A. *Check one:*

    ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ❑ Railroad (as defined in 11 U.S.C. § 101(44))
    ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **5 3 1 3**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ❑ Chapter 7
    ❑ Chapter 9
    ☑ Chapter 11. *Check all that apply*:

    　　❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    　　❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    　　❑ A plan is being filed with this petition.

    　　❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    　　❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    　　❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ❑ Yes.　District ＿＿＿＿＿＿＿　When ＿＿/＿＿/＿＿＿＿　Case number ＿＿＿＿＿＿＿＿
    　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　District ＿＿＿＿＿＿＿　When ＿＿/＿＿/＿＿＿＿　Case number ＿＿＿＿＿＿＿＿
    　　　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ❑ No
    ☑ Yes.　Debtor **Profit Recovery Center LLC**　Relationship **Affiliate**
    　　　　District **Northern District of California**　When **04/07/2017**
    　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known ＿＿＿＿＿＿＿＿＿＿

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page **2**

Case: 17-30326　Doc# 1　Filed: 04/07/17　Entered: 04/07/17 03:17:24　Page 2 of 17

| Debtor | **Mayacamas Holdings LLC** | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____
City                                               State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000             ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million      ☐ More than $50 billion

| Debtor | **Mayacamas Holdings LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/7/2017**
MM / DD / YYYY

✗ _/s/ David Levy_
Signature of authorized representative of debtor

**David H. Levy**
Printed name

Title **Manager**

**18. Signature of attorney**

✗ _/s/ Pamela M. Egan_
Signature of attorney for debtor

Date **04/7/2017**
MM / DD / YYYY

**Pamela M. Egan**
Printed name

**Rimon P.C.**
Firm name

**One Embarcadero Ctr., Suite 400**
Number    Street

**San Francisco**    **CA**    **94111**
City    State    ZIP Code

**415-688-4622**    **pamela.egan@rimonlaw.com**
Contact phone    Email address

**224758**    **CA**
Bar number    State

MANAGER'S CERTIFICATE

OF

MAYACAMAS HOLDINGS LLC

April 6, 2017

    The undersigned hereby certifies that he is the duly incumbent Manager of Mayacamas Holdings LLC, a California limited liability company (the "Company"), and in such capacity certifies that (a) attached hereto as **Exhibit A** is a true, complete and correct copy of the resolutions adopted by the Company on April 6, 2017, (b) as Manager of the Company, undersigned has the authority to make and act upon the resolutions adopted by the Company, attached as Exhibit A, and (c) such resolutions have not been amended, modified or rescinded and remain in full force and effect as of the date hereof.

    IN WITNESS WHEREOF, the undersigned has executed this Manager's Certificate to be effective as of the date first set forth above.

Name: _____
Title:   Manager

# EXHIBIT A

## RESOLUTION OF THE MANAGER OF
## MAYACAMAS HOLDINGS LLC

WHEREAS, David H. Levy, the Manager of Mayacamas Holdings LLC ("Company"), a California limited liability company, acting pursuant to the laws of the State of California, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Manager has reviewed the historical performance of the Company, the market for the Company's assets, and the current and long-term liabilities of the Company;

WHEREAS, the Manager has, over the last several months, reviewed the possible need to restructure the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its Members;

WHEREAS, the Manager has the authority pursuant to the Operating Agreement of the Company to make the decisions set forth below;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, members, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Manager of the Company is authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that the Manager deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Manager, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Rimon P.C. ("Rimon") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Rimon;

RESOLVED, that the Manager, on behalf of the Company, is authorized, empowered and directed to retain Bennett Murphy Law Incorporated ("BMLI") to serve as Chief Restructuring Officer of the Company to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, including, but not limited to, representing and assisting the Company in the restructuring or the marketing and sale of its assets in the chapter 11 case, and to take any and all actions to advance the Company's rights in connection therewith, and the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers

prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of BMLI;

RESOLVED, that the Manager of the Company is authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Manager of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the bankruptcy petition and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Manager is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Manager to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to postpetition financing, a sale of the Company's assets, the development, filing and prosecution of confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by the Manager of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Mayacamas Holdings LLC | |
| United States Bankruptcy Court for the: | Northern | District of CA (State) |
| Case number (If known): | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gerald Garvey  3 Curlew Camp Rd.  Mosman NSW 2088  Australia | Gerald Garvey  Tel.: 415-297-2133  Email: gerald.garvey@barclaysglobal.com | loan | | | | $150,000 |
| 2 | Sonoma Cnty Tax Collector  P.O. Box 3879  Santa Rosa, CA 95402-3879 | Tax Collector Division  Tel.: (707) 565-2281  Email: taxcollector@sonoma-county.org | taxes | | | | $99,795.00 |
| 3 | Mithun  660 Market St., #300  San Francisco, CA 94104 | Bert Gregory  Tel.: (415) 956-0688  Email:| mithun@mithun.com | professional services | | | | $35,814.23 |
| 4 | Steve P Goldman  2013 0 Street NW  Washington, DC 20036 | Steve Goldman  Tel.: 202-293-2554  Email: n/a | professional services | | | | $35,000.00 |
| 5 | Jack May - G2F2  1751 Bollinger Lane  Sebastapol, CA 95472 | Jack May  Tel.: (707) 829-2363  Email: hilaryausten@gmail.com | professional services | | | | $24,240.58 |
| 6 | Stephen Seligman  33 San Pablo Ave., #608  San Rafael, CA 94903 | Stephen Seligman  Tel.: 415-847-4906  Email: greligman@aol.com | professional services | | | | $24,000.00 |
| 7 | JCPoetsch Advisors, Inc.  1028 Wilmington Way  Redwood City, CA 94062 | Jeff Poetsch  Tel.: n/a  Email: n/a | professional services | | | | $8,138.75 |
| 8 | Sonoma County Tax Collector-  4101 Mountain  PO Box 3879  Santa Rosa, CA 95402-3879 | Tax Collector Division  Tel.: (707) 565-2281  Email: taxcollector@sonoma-county.org | taxes | | | | $7,221.82 |

| | Debtor | **Mayacamas Holding LLC** | | Case number (if known) | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **John Rosenberg<br>237 Louise Lane<br>San Mateo, CA 94403** | John Rosenberg<br>Tel.: 415-262-4222<br>Email: john@generocity.com | professional services | | | | $4,766.64 |
| 10 | Arnold & Porter LLP<br>P O Box 759451<br>Baltimore, MD 21275-9451 | Douglas Winthrop<br>Tel.: 415-471-3174<br>Email: douglas.winthrop@apks.com | professional services | | | | $3,986.50 |
| 11 | Sakai General Engineering<br>PO Box 115<br>Calistoga, CA 94515 | Bruce Sakai<br>Tel.: 707-942-0578<br>www.mkmassociates.com/ | professional services | | | | $3,684.38 |
| 12 | Green Radovsky Maloney & Hennigh LLP<br>Four Embarcadero, Suite 4000<br>SF CA 94111 | Russ Pollock<br>Tel.: 415.981.1400<br>Email: rpollock@greeneradovsky.com | professional services | | | | $3,202.50 |
| 13 | County of Sonoma PRMD<br>PRMD Attn: Accounting<br>2550 Ventura Ave<br>Santa Rosa CA 95403 | Name: N/a<br>Tel.: (707) 565-1900<br>Email: n/a | **permit and resource mngmt** | | | | $2,278.00 |
| 14 | William Shine Company<br>1956 Lombard Street<br>San Francisco, CA 94123 | Karmen Runder<br>Tel.: 415-346-7546<br>Email: karmenrunder@williamshineco.com | professional services | | | | $2,217.00 |
| 15 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0631 | Name: n/a<br>Tel.: 888.635.0494<br>Email: N/a | taxes | | | | $888.67 |
| 16 | **There are less than 20 non-insider unsecured creditors** | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/07/2017__  ✗ /s/ David Levy
MM / DD / YYYY    Signature of individual signing on behalf of debtor

__David H. Levy__
Printed name

__Manager__
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                  Case No.: 17-_____(___)

Mayacamas Holdings LLC

_____Debtor._____/


**CORPORATE OWNERSHIP STATEMENT**

      Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized representative of the above-captioned Debtor, certifies that the following is a limited liability company other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the limited liability company's membership interests or, in the alternative states that there are no entities to report under FRBP 7007.1.

_____

☐    None [check if applicable]

Name:      On the T Capital LLC

Address:    901 Battery Street
              Suite 220
              San Francisco, CA 94111

DATED: April 6, 2017

_____
David H. Levy
Manager

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ❏ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __**Corporate Ownership Statement**__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/07/2017__      ✗ _/s/ David Levy_____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

**David H. Levy**
Printed name

**Manager**
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No.: 17-_____(___)

Mayacamas Holdings LLC

_____Debtor(s)_____/

# CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of three (3) sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix, to the best of my knowledge, conforms with the Clerk's promulgated requirements.

DATED: April 6, 2017

_____
David H. Levy
Manager

Ann Burney J. Dougherty Living Trust
Attn: James Dougherty
600 6th St. SW #805
Washington DC 20036

Ann Somerset Littlewood Trust
Dean Littlewood, Trustee
185 Cooper Street
Sonoma, CA 95476

Arnold & Porter LLP
P O Box 759451
Baltimore, MD 21275-9451

BJ Droubi, IRA
Pensco Trust
PO Box 173859
Denver CO 80217

Benjamin Emerson
3428 Grandview Drive
Richmond, VA 23225

Callie Konna
601 Ferguson Rd.
Sebastopol CA 95472

Carmel Financing LLC
1000 Sansome St., 1st Floor
San Francisco, CA 94111

County of Sonoma PRMD
PRMD Attn: Accounting
2550 Ventura Ave
Santa Rosa CA 95403

David Levy
142 26 Ave
SF CA 94121

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0631

Generocity Capital
901 Battery Street, #220
SF CA 94111

Generocity Partners Inc.
901 Battery Street, #220
SF CA 94111

Gerald Garvey
3 Curlew Camp Rd.
Mosman NSW 2088
Australia

Green Radovsky Maloney & Hennigh LLP
Four Embarcadero, Suite 4000
 SF CA 94111

Jack May - G2F2 (corp)
1751 Bollinger Lane
Sebastapol, CA 95472

JCPoetsch Advisors, Inc.
1028 Wilmington Way
Redwood City, CA 94062

John Rosenberg
237 Louise Lane
San Mateo, CA 94403

John Maccabee and Sherry Morse
111 Purdue Ave
Kensington, CA  94708

MacMor Limited Partnership
111 Purdue Ave
Kensington, CA  94708

Michael Engmann
One Embarcadero Center
Suite 1150
San Francisco, CA 94111

Mithun
660 Market St., #300
San Francisco, CA 94104

On the T Capital, LLC
901 Battery Street, #220
SF CA 94111

Profit Recovery Center
901 Battery Street, #220
SF CA 94111

Richard Hashim
 c/o The Entrust Group
The Entrust Group - 555 12th St, #1250
Oakland CA 94607

Sakai General Engineering
PO Box 115
Calistoga, CA  94515

Scott Mattoon
936 Chenery Street
SF CA 94131

Sonoma County Tax Collector
PO Box 3879
Santa Rosa, CA 95402-3879

Stephen Seligman
33 San Pablo Ave., #608
San Rafael, CA 94903

Steve P Goldman
2013 0 Street NW
Washington, DC 20036

William Shine Company
1956 Lombard Street
San Francisco, CA 94123

3

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/07/2017**        ✗ */s/ David Levy*
MM / DD / YYYY            Signature of individual signing on behalf of debtor

**David H. Levy**
Printed name

**Manager**
Position or relationship to debtor